BE IT REMEMBERED:

 THAT at the term of the Honorable Court of Appeals for the Tenth
District of the State of Texas, held at Waco on the 1st day of January,
2014, present Chief Justice TOM GRAY and Justices REX D. DAVIS and AL
SCOGGINS

 In the cause

No. 10-14-00259-CV

IN RE RANDAL REYNOLDS RAMSEY

Original Proceeding

the following order was entered on August 27, 2014:

On August 27, 2014, this Court received relator Randal Reynolds Ramsey's
petition for writ of mandamus and accompanying motion to stay proceedings
in the trial court "[u]ntil [t]his Court [r]esolves [t]he [i]ssue [o]f
[t]he [p]ropriety [o]f [t]he Order [o]n Motion [f]or Temporary Orders
Pending Appeal." After reviewing the contents of relator's filings, a
response is requested to Relator's Petition for Writ of Mandamus. See TEX.
R. APP. P. 52.8(b). Any response must be filed with the Clerk of this
Court within 28 days from the date of this letter. Furthermore, we grant
relator's motion to stay proceedings in the trial court until this matter
has been resolved by this Court.

 I, SHARRI ROESSLER, Clerk of the Court of Appeals for the Tenth
District of Texas, at the City of Waco, hereby certify that the foregoing
is a true copy of the Order entered herein by this Court in the above
entitled and numbered cause as appears of record in Minute Book 13, Page
232.

 IN WITNESS WHEREOF, I hereunto set my hand
 and affix the seal of said Court at Waco,
 this 27th day of August A.D. 2014.

 SHARRI ROESSLER, Clerk

 By: _____________________________________
 Nell Hegefeld, Deputy Clerk